1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   CHARLES V. FARNSWORTH,           )
                                     )
8            Plaintiff,              )        Case No. C07-5035RBL/KLS
                                     )
9            v.                      )        ORDER ADOPTING
                                     )        REPORT & RECOMMENDATION
10  PIERCE COUNTY JAIL, *et al.*,    )
                                     )
11           Defendants.             )
    _____)

12

        The Court, having reviewed the Report and Recommendation of the Honorable Karen L.

13  Strombom, United States Magistrate Judge, any objections thereto, and the balance of the record,

14  does hereby ORDER:

15

        (1)     The Court adopts the Report and Recommendation.

16
        (2)     Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **DENIED** as
17
                moot; and
18
        (3)     Plaintiff shall pay the required filing fee ($350.00) to the Clerk of the Court within
19
                thirty (30) days of the date of this Order, otherwise this action will be dismissed; and
20
    .   (4)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Strombom.
21

22

        DATED this 15th day of June, 2007.
23

24

25  _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE
26

ORDER