# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES V. FARNSWORTH

v.

PIERCE COUNTY JAIL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5035RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Thirty days have passed since the Order Adopting the Report and Recommendation was entered June 15, 2007, and the filing fee has not been paid. Accordingly, IT IS ORDERED: that this cause of action is **DISMISSED**.

| August 7, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk